**Order entered February 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00518-CR

### RONNIE DECOURTLAND BASS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-26843-N

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Kathleen Walsh; (3) Ms. Walsh's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Walsh requested until February 14, 2014 to file appellant's brief.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

/s/    DAVID EVANS
        JUSTICE